W. M. BUNN v. J. M. QUINN and WIFE, JESSIE B. QUINN, J. O. MILLER
     and WIFE, LIZZIE MILLER, J. M. QUINN and J. O. MILLER, PARTNERS
     TRADING AS QUINN & MILLER, A PARTNERSHIP, QUINN & MILLER
     COMPANY, INC., R. H. LEACH, and FARMERS SUPPLY OF KINSTON,
     A CORPORATION; AND J. R. MILLER AND J. O. MILLER, JR., ADMINIS-
     TRATORS OF THE ESTATE OF J. O. MILLER, DECEASED.

(Filed 7 April, 1943.)

APPEAL by defendants from *Thompson, J.,* at November Term, 1942,
of LENOIR.

*J. Faison Thomson, F. E. Wallace, and Sutton & Greene for plaintiff,
appellee.*

*J. A. Jones for defendants, appellants.*

SCHENCK, J. This case is practically identical with the case of *Leach
v. Quinn, ante,* 27, except that the positions of the plaintiff Bunn and
of the defendant Leach in this case are interchanged with that of the
plaintiff Leach and defendant Bunn in the former case. What is said
in the disposition of the former case is applicable to this case.

The order of compulsory reference entered below is
Reversed.